# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

|  |  |
|---|---|
| KENNETH BERBERICH, *et al.*,<br><br>             Plaintiffs,<br><br>vs.<br><br>HONORABLE JOANNA S. KISHNER,<br><br>             Defendant. | 2:17-cv-00818-JCM-VCF<br>**ORDER** |

Before the Court is Defendant's Motion to Strike Personal-Data Identifiers (ECF No. 15).

Under LR IC 6-1 (a)(5), parties must refrain from including—or must partially redact, where inclusion is necessary—the following personal-data identifiers from all documents filed with the court, including exhibits, whether filed electronically or in paper, unless the court orders otherwise and if a home address must be included, only the city and state should be listed. Here, Plaintiff has listed Judge Joanna S. Kishner's full home address in several documents.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Strike Personal-Data Identifiers (ECF No. 15) is GRANTED in part and DENIED in part. The Court will not strike the documents containing the home address. The Clerk of Court is directed to seal ECF No. 4, ECF No. 5 and ECF No. 13.

IT IS FURTHER ORDERED that Plaintiff must file in accordance with LR IC 6-1(a)(5) redacted versions of ECF Nos. 4, 5, and 13, on or before May 25, 2017.

DATED this 17th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE