JEFF BRAUER ESQ.
Nevada Bar No. 13834
3333 E. Serene Ave. #150
BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC
Henderson, Nevada 89074
Telephone: (702) 989-3213
Fax: (206) 333-0986
Email: jeff.brauer@brauerdriscoll.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH BERBERICH, trustee, on behalf of 4499 Weitzman Place Trust, a Nevada Trust, on behalf of all others similarly situated, ROES 1-20,000, inclusive, and Jeff Brauer, Esq, <br><br> Plaintiff, <br><br> vs. <br><br> HONORABLE JOANNA S. KISHNER, District Judge, <br><br> Defendant(s). | Case No.: 2:17-cv-00818-JCM-VCF <br><br> **STIPULATION AND ORDER FOR SEALING AND RE-FILING OF ECF 21** |

On May 17, 2017, the Court issued an order that requires the redaction of data in previously filed documents in this case. [Dkt. No. 19] On May 17, 2017, Plaintiff, Kenneth Berberich, trustee, on behalf of 4499 Weitzman Place Trust, a Nevada Trust, and on behalf of all others similarly situated, ROES 1-20,000, inclusive, and Jeff Brauer, Esq. (**Plaintiff**), by and through his attorney, Jeff Brauer, filed redacted versions of the referenced documents in Dkt. No. 21 (**First Redacted Version**). The First Redacted Version did not include required redactions to data on lines 5 and 10 on page 10 of 26 of ECF 21-3 (**Additional Necessary Redactions**). Plaintiff and Defendant Hon. Joanna S. Kishner (**Defendant**) stipulate and agree to request that the Court order ECF 21 be sealed in its entirety and that Plaintiff be

1  permitted to re-file all documents in the First Redacted Version modified and changed only

2  to include the Additional Necessary Redactions.

| Dated June 1, 2017 | Dated June 1, 2017 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Theresa M. Haar, Esq<br>Theresa M. Haar, Esq.<br>Nevada Bar No. 12158<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>*Attorney for Defendant* | /s/ Jeff J. Brauer, Esq<br>Jeff Brauer Esq.<br>Nevada Bar No. 13834<br>3333 E. Serene Avenue, Suite 150<br>Henderson, NV 89074<br>*Counsel for Plaintiff* |

## **ORDER**

IT IS SO ORDERED.

Dated this __8th__ day of __June__, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Dated June 1, 2017

                    Respectfully submitted,

                    BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC

                    ____/s/ Jeff J. Brauer, Esq_____
                    JEFF BRAUER ESQ.
                    Nevada Bar No. 13834
                    3333 E. Serene Avenue, Suite 150
                    Henderson, NV 89074
                    Tel: (702) 989-3213
                    Fax (206) 333-0986
                    *Counsel for Plaintiff*

*THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150*
Henderson, 89074
(702) 388-8300

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2017, service of the foregoing **STIPULATION AND ORDER FOR SEALING AND RE-FILING OF ECF 21** was made via the Court's official e-filing system to:

>Theresa M. Haar, Esq.
>Deputy Attorney General
>State of Nevada, Office of Attorney General
>555 E. Washington Avenue, Suite 3900
>Las Vegas, NV 89101
>(702) 486-3783 (phone)
>(702) 486-3773 (fax)
>thaar@ag.nv.gov
>*Attorney for Defendant*

                                          /s/ Jeff J. Brauer, Esq
                                          An Employee of Brauer Driscoll Sun

*THE LAW OFFICES OF BRAUER DRISCOLL SUN AND ASSOC LLC*
*3333 E. Serene Ave. Ste 150*
Henderson, 89074
(702) 388-8300